# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1394

_____

William Sandridge,

         Appellant,

      v.

Diane Kacmarik; John Doe; Securenet5123079@aol.com; Kim Matthews,

         Appellees.

_____

No. 05-1397

_____

William Sandridge,

         Appellant,

      v.

Kim Matthews, in her official capacity as a member of the Kansas City Missouri Police Department and in her individual capacity; Daniel J. Haus, in his official capacity as an employee of the Kansas City Missouri Police Department and in his individual capacity; Kay Barnes, Mayor, in her official capacity as a Member of the Board of Police Commissioners; Karl Zobrist, in his official capacity as a member of the Board of Police

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

Appeals from the United States District Court for the Western District of Missouri.

[UNPUBLISHED]

Commissioners of Kansas City, Missouri; Javier M. Perez, in his official capacity as a member of the Board of Police Commissioners of Kansas City, Missouri; Angela Wasson-Hunt, in her official capacity as a Member of the Board of Police Commissioners of Kansas City, Missouri; James Wilson, in his official capacity as a Member of the Board of Police Commissioners of Kansas City, Missouri; John Doe, 1, in his official capacity as a member of the Kansas City, Missouri Police Department; John Doe, 2, in his official capacity as a member of the Kansas City, Missouri Police Department,

   Appellees.

   _____

   No. 05-2058
   _____

William Sandridge,

   Appellant,

   v.

Everett Rice, in his official capacity as Sheriff of Pinellas County Sheriff's Department; Timothy Palella, in his official capacity as a member of the Pinellas County Sheriff's Department; Joe Manning, in his official capacity as a member of the Pinellas County Sheriff's Department; Sergeant

   -2-

Vinson, in his official capacity as a    *
member of Pinellas County Sheriff's    *
Department; William Ludlow, in his    *
official capacity as a member of the    *
Pinellas County Sheriff's Department;   *
Pinellas County Sheriff's Department,   *
through the Pinellas County Board of   *
County Commissioners, et al.; Diane    *
Kacmarik, in her official capacity as an  *
employee of WTSP-TV, and in her    *
individual capacity;    *
[Securent5123079@aol.com,](mailto:Securent5123079@aol.com) in its    *
official and individual capacity;    *
Pinellas County Board of County    *
Commissioners,    *
   *
       Appellees.    *

———————

Submitted: May 2, 2006
Filed: August 2, 2006

———————

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

William Sandridge appeals the district court's[1] dismissals of his civil rights complaints. Sandridge has provided no valid basis, and we find none, for overturning the dismissals of his repetitive lawsuits. Accordingly, we affirm. See 8th Cir. R. 47B.

————————————————

---

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.